

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2020

No. 04-19-00485-CV

Rob **JENNINGS,** III and El Veleno, Ltd.,
Appellant

v.

Susan **JENNINGS**, Tres Mujeres, Ltd., and Pamela J. Person,
Appellee's

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,479
Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

Extension of time to file Appellees' brief is this day GRANTED.  Time is extended to April 13, 2020.

It is so **ORDERED** on March 13, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
Clerk of Court